United States District Court
Southern District of Texas
**ENTERED**
November 18, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| CARLOS SALAS TOVAR | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:26-cv-1438 |
| | § | |
| TODD BLANCHE *et al.* | § | |

## ORDER

Before the Court is Petitioner's Petition for Writ of Habeas Corpus (Dkt. No. 1). Based on the Court's review of the applicable law, Petitioner's Petition (Dkt. No. 1) is **DENIED**.

## I. BACKGROUND

Petitioner is a Mexican national who entered the United States approximately two years ago (Dkt. Nos. 1-1 at 8; 8 at 3). Earlier this year, ICE apprehended him, and he remains detained at the Webb County Detention Center (Dkt. No. 1 at 1; 1-1 at 3). Respondents served him with a notice to appear designating him as an alien present in the United States who has not been admitted or paroled (Dkt. No. 8-1 at 1). Although an Immigration Judge ("IJ") ordered him removed, he timely filed his appeal with Board of Immigration Appeals, which remains pending (Dkt. Nos. 1-3 at 1; 8 at 3). He initiated this action challenging his immigration detention as unlawful (*see* Dkt. No. 1).

## II. DISCUSSION

Respondents moved for summary judgment, contending that Petitioner's claims fail because he is lawfully detained and subject to mandatory detention (*see* Dkt. No. 8). The Court agrees.

Petitioner is subject to mandatory detention as "an alien seeking admission" who is not "clearly and beyond a doubt entitled to be admitted." 8 U.S.C. § 1225(b)(2)(A); *Buenrostro-Mendez v. Bondi*, 166 F.4th 494, 498 (5th Cir. 2026). The Constitution "does

not entitle [Petitioner] to additional proceedings beyond what Congress has provided before they may be detained pending removal." *Rodriguez v. Vergara*, No. 26-50183, 2026 WL 3181188, at *5 (5th Cir. Oct. 23, 2026). Thus, Petitioner's detention is lawful and his claims must fail.

## III. CONCLUSION

For the foregoing reasons, Respondents' Motion for Summary Judgment (Dkt. No. 8) is **GRANTED**. Petitioner's Petition for Writ of Habeas Corpus (Dkt. No. 1) is **DENIED**. Any and all pending motions are **DENIED AS MOOT**. The Court will enter Final Judgment under separate cover. *See* Fed. R. Civ. P. 58(a).

It is so **ORDERED**.

**SIGNED** November 18, 2026.

Marina Garcia Marmolejo
United States District Judge